

**U.S. Department of Justice**

United States Attorney
*Western District of New York*

---

*100 State Street*     *(585) 263-6760*
*Rochester, New York 14614*     *fax (585) 399-3920*
*Writer's Direct Dial: (585) 399-3961*
*Kathryn.L.Smith@usdoj.gov*

March 30, 2017

Honorable Michael A. Telesca
United States District Judge
Western District of New York
100 State Street
Rochester, New York 14614

Re:   Jeffrey Crosby v. Commissioner
      16-CV-6300T

Dear Judge Telesca:

     The Commissioner of Social Security has informed us that they are experiencing delays in the preparation of the responsive brief. The Government's response in this case is due April 3, 2017. The agency attorney requested our office obtain an extension to file the response. The plaintiff's attorney, Elizabeth Haungs, has agreed to an extension until May 3, 2017 for the Government to file its responsive brief.

     Please contact me if you have any concerns. Thank you for your consideration.

                         Respectfully yours,

                         JAMES P. KENNEDY, JR.
                         Acting United States Attorney
                         Western District of New York

          BY:   KATHRYN L. SMITH
KLS/lap                  Assistant United States Attorney
cc: Elizabeth Haungs, Esq.

**SO ORDERED:**
  s/Michael A. Telesca

---

**HONORABLE MICHAEL A. TELESCA**
**UNITED STATES DISTRICT JUDGE**
**DATED:**  04/03/2017